THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
MONICA E. TAIT
Assistant United States Attorney
California Bar Number 157311
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2931
    Facsimile: (213) 894-7177
    Email:    Monica.Tait@usdoj.gov

Attorneys for Plaintiff
United States of America                    ENTERED   JS-6

O

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CV 06-00383 SGL (JWJx) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| REAL PROPERTY LOCATED IN GARDEN GROVE, CALIFORNIA (RYAN), | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| GEORGE DAVID RYAN, | ) | |
| | ) | |
| Claimant. | ) | |
| _____ | ) | |

The court having granted plaintiff United States of America's Motion for Summary Judgment, IT IS HEREBY ORDERED ADJUDGED AND DECREED that all right, title, and interest of (1) claimant George David Ryan, and (2) George W. Ryan and Marlene Ryan and all other potential claimants (against whom the clerk entered default in this

action on July 11, 2006), in and to the defendant Real Property located in Garden Grove, California, Assessor's Parcel No. 099-362-31, is hereby forfeited to the United States of America, and shall be disposed of in accordance with law.  The defendant property is more particularly described as follows:

> LOT 69 IN TRACT 2433, IN THE COUNTY OF ORANGE, STATE OF CALIFORNIA, AS PER MAPS RECORDED IN BOOK 72, PAGES 1 AND 2 OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

IT IS FURTHER ORDERED that the United States Marshals Service ("USMS") is hereby empowered without the need for further court order (1) to enter and take possession of the defendant property by whatever reasonable means are at its disposal; (2) to terminate all leases affecting the defendant property; (3) to evict all occupants who have not vacated the property within 30 calendar days of the posting of this Order at the property or the occupants' receipt of notice of this Order, whichever is earlier, and (4) upon eviction, remove the occupants' personal property.  *Provided*, the United States may, in its discretion, enter into a written agreement permitting continued occupancy of the property on such terms as the United States may elect.

DATED:   September 22, 2008

_S. G. Larson_

The Hon. Stephen G. Larson
UNITED STATES DISTRICT JUDGE

Presented by:

THOMAS P. O'BRIEN
United States Attorney

_____

by:   MONICA E. TAIT
      Assistant United States Attorney
      Attorneys for Plaintiff

2

United States of America