```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  MONICA E. TAIT
    Assistant United States Attorney
 6  California Bar Number 157311
    Asset Forfeiture Section
 7       1400 United States Courthouse
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213) 894-2931
 9       Facsimile: (213) 894-7177
         Email:     Monica.Tait@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CV 06-00383 SGL (JWJx) |
| Plaintiff, ) | |
| v. ) | JUDGMENT |
| REAL PROPERTY LOCATED IN GARDEN ) GROVE, CALIFORNIA (RYAN), ) | |
| Defendant. ) | |
| GEORGE DAVID RYAN, ) | |
| Claimant. ) | |

The court having granted plaintiff United States of America's Motion for Summary Judgment, IT IS HEREBY ORDERED ADJUDGED AND DECREED that all right, title, and interest of (1) claimant George David Ryan, and (2) George W. Ryan and Marlene Ryan and all other potential claimants (against whom the clerk entered default in this

1  action on July 11, 2006), in and to the defendant Real Property
2  located in Garden Grove, California, Assessor's Parcel No.
3  099-362-31, is hereby forfeited to the United States of America,
4  and shall be disposed of in accordance with law.  The defendant
5  property is more particularly described as follows:

6      LOT 69 IN TRACT 2433, IN THE COUNTY OF ORANGE, STATE OF
      CALIFORNIA, AS PER MAPS RECORDED IN BOOK 72, PAGES 1 AND
7      2 OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY
      RECORDER OF SAID COUNTY.
8
9      IT IS FURTHER ORDERED that the United States Marshals Service
10 ("USMS") is hereby empowered without the need for further court
11 order (1) to enter and take possession of the defendant property by
12 whatever reasonable means are at its disposal; (2) to terminate all
13 leases affecting the defendant property; (3) to evict all occupants
14 who have not vacated the property within 30 calendar days of the
15 posting of this Order at the property or the occupants' receipt of
16 notice of this Order, whichever is earlier, and (4) upon eviction,
17 remove the occupants' personal property.  *Provided*, the United
18 States may, in its discretion, enter into a written agreement
19 permitting continued occupancy of the property on such terms as the
20 United States may elect.

21 DATED:  April 3, 2009                    *SGLarson*

22                                          The Hon. Stephen G. Larson
                                            UNITED STATES DISTRICT JUDGE
23

24 Presented by:

25 THOMAS P. O'BRIEN
   United States Attorney
26
   _____
27 by:   MONICA E. TAIT
         Assistant United States Attorney
28       Attorneys for Plaintiff

2

1 | United States of America
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28